ROBERT STEVENSON V. THE STATE.

No. 10144.   Delivered May 5, 1926.

**Burglary—No Statement of Facts—No Bills of Exception.**

No statement of facts nor bills of exception appearing in the record, and no fundamental errors being apparent, the judgment must be affirmed, and it is so ordered.

Appeal from the District Court of Fayette County.   Tried below before the Hon. M. C. Jeffrey, Judge.

Appeal from a conviction of burglary, penalty eight years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for burglary, the punishment is eight years in the penitentiary.

The record contains neither statement of facts nor bills of exception.   In this condition nothing is presented for review.

The judgment is affirmed.                              *Affirmed.*